1024

No. 03–6829. GOSS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–6832. MARSHALL ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–6833. HERRING ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–6835. ZAKARIA v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–6837. TURNER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–6839. CHARLES v. WILLIAMSON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 03–6840. ESPINOZA v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–6841. ENIGWE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–6845. KING v. NASH, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 03–6847. LUCAS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–6852. CRUEL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–6853. ROGERS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–6854. REGALADO v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–6860. WILLIAMS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–6865. ARELLANO-RAMIREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–6866. MORALES-FRANCO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.